IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:07-CR-019 |
| | ) | |
| v. | ) | |
| | ) | |
| BYRON RAYMOND MILLER, | ) | GOVERNMENT'S POSITION |
| | ) | REGARDING ELIGIBILITY |
| Defendant. | ) | FOR § 3582 REDUCTION |

The United States respectfully informs the Court that it agrees with the Probation Office's recommendation that defendant is not eligible for a sentencing reduction under 18 U.S.C. § 3582(c) because defendant's guideline range would be the same under the new guideline, given the relevant drug quantity.

        United States of America

        Nicholas A. Klinefeldt
        United States Attorney

By:   */s/ Andrew H. Kahl*
      Andrew H. Kahl
      Assistant U.S. Attorney
      110 East Court Ave., #286
      Des Moines, Iowa 50309
      Tel: (515) 473-9300
      FAX: (515) 473-9292
      Email: andrew.kahl@usdoj.gov

CERTIFICATE OF SERVICE
    I hereby certify that on October 19, 2015, I electronically filed the foregoing with the Clerk of Court using the CM ECF system.   I hereby certify that a copy of this document was served on the parties or attorneys of record by:
   X   ECF/Electronic filing     X   Other means (U.S. Mail)

UNITED STATES ATTORNEY
By:  */s/ RSM*
    Paralegal Specialist